

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2019

No. 04-18-00609-CV

Allison **WHITE**,
Appellant

v.

Jason **WALSH**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02528
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Appellee's first motion for an extension of time to file the appellee's brief is granted. We order the appellee's brief due by March 27, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court